# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHAD A. OLSON & CARMENCITA A. OLSON  Case Number: 04-75340
314 FAIR OAKS BLVD.    SSN-xxx-xx-1051 & xxx-xx-0199
SOUTH BELOIT, IL  61080

Case filed on: 10/26/2004
Plan Confirmed on: 2/25/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $48,550.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 034 | FBC FINANCIAL, FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 205 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHAD A. OLSON | 0.00 | 0.00 | 1,140.03 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,140.03 | 0.00 |
| 003 | CITIFINANCIAL | 800.00 | 800.00 | 800.00 | 68.63 |
| 004 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 7,500.00 | 7,500.00 | 7,500.00 | 534.06 |
| 006 | DEERE CREDIT SERVICES | 1,296.72 | 1,296.72 | 1,296.72 | 92.31 |
| 007 | OCWEN LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,596.72 | 9,596.72 | 9,596.72 | 695.00 |
| 001 | ECAST SETTLEMENT CORPORATION | 7,023.80 | 7,023.80 | 7,023.80 | 0.00 |
| 002 | BLUEGREEN VACATION CLUB | 8,272.87 | 0.00 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 3,740.19 | 3,740.19 | 3,740.19 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 3,986.03 | 3,986.03 | 3,986.03 | 0.00 |
| 009 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BELOIT CLINIC | 183.65 | 183.65 | 183.65 | 0.00 |
| 011 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,530.09 | 2,530.09 | 2,530.09 | 0.00 |
| 013 | BLAIN'S FARM & FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT FIRST NA | 184.86 | 184.86 | 184.86 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 614.23 | 614.23 | 614.23 | 0.00 |
| 017 | CREDITORS BANKRUPTCY SERVICE | 552.15 | 552.15 | 552.15 | 0.00 |
| 018 | FIRST USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 993.19 | 993.19 | 993.19 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 1,758.72 | 1,758.72 | 1,758.72 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 300.74 | 300.74 | 300.74 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 961.03 | 961.03 | 961.03 | 0.00 |
| 023 | WORLD FINANCIAL NETWORK NATIONAL BANK | 359.21 | 359.21 | 359.21 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 513.36 | 513.36 | 513.36 | 0.00 |
| 025 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RETAIL SERVICES / NAUTILOS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WORLD FINANCIAL NETWORK NATIONAL BANK | 359.92 | 359.92 | 359.92 | 0.00 |
| 029 | THE CHILDREN'S PLACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROUNDUP FUNDING LLC | 865.19 | 865.19 | 865.19 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 756.18 | 756.18 | 756.18 | 0.00 |
| 032 | WORLD FINANCIAL NETWORK NATIONAL BANK | 205.54 | 205.54 | 205.54 | 0.00 |
| 033 | UNITED CREDIT SERVICE INC | 2,495.61 | 2,495.61 | 2,495.61 | 0.00 |
| 035 | ECAST SETTLEMENT CORPORATION | 773.47 | 773.47 | 773.47 | 0.00 |
| 036 | ECAST SETTLEMENT CORPORATION | 1,056.85 | 1,056.85 | 1,056.85 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 1,883.77 | 1,883.77 | 1,883.77 | 0.00 |
| 038 | ECAST SETTLEMENT CORPORATION | 515.68 | 515.68 | 515.68 | 0.00 |
| 039 | REVCARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 40,886.33 | 32,613.46 | 32,613.46 | 0.00 |
|  | Grand Total: | 51,847.05 | 43,574.18 | 44,714.21 | 695.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $45,409.21 |
| Trustee Allowance: | $3,140.79 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                        /s/ Lydia S. Meyer
                                      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009            By  /s/Heather M. Fagan